IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| HOPE and STEPHEN SOLBERG, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ETEROUTREMER S.A., et al., )<br>)<br>Defendants. ) | Case No. 09-6128-CV-SJ-GAF |

## ORDER OF DISMISSAL

Now pending before the Court is Plaintiffs' Unopposed Motion for Dismissal Without Prejudice. For good cause shown, it is

ORDERED that the above referenced case is dismissed without prejudice. Each party is to bear its own costs.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: October 28, 2009